JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| JAMES WILSON, | Case No. 8:23-cv-1396-DTB |
|            Plaintiff, | |
|        v. | **J U D G M E N T** |
| MARTIN O' MALLEY, COMMISSIONER OF SOCIAL SECURITY, | |
|            Defendant. | |

     In accordance with the Order Remanding Decision of Commissioner, filed herewith,

     IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is reversed and this matter is remanded for further administrative proceedings.

Dated: May 16, 2024

_____
DAVID T. BRISTOW
United States Magistrate Judge

1